SCWC-30444, SCWC-30568, AND SCWC-10-0000166

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

SCWC-30444
(ICA NO. 30444; CIVIL NO. 09-1-2488)

(CASE NO. CU-10-278)

STATE OF HAWAIʻI, CITY AND COUNTY OF HONOLULU;
COUNTY OF HAWAIʻI; COUNTY OF MAUI; COUNTY OF KAUAI;
HAWAIʻI HEALTH SYSTEMS CORPORATION; AND THE JUDICIARY,
Respondents/Complainants-Appellees-Appellees,

vs.

DAYTON NAKANELUA, State Director, UNITED PUBLIC WORKERS,
AFSCME, LOCAL 646, AFL-CIO and UNITED PUBLIC WORKERS,
AFSCME, LOCAL 646, AFL-CIO (2009-42),
Petitioners/Respondents-Appellants-Appellants

and

HAWAIʻI LABOR RELATIONS BOARD; JAMES B. NICHOLSON; SESNITA A.D.
MOEPONO; and ROCK B. LEY, Respondents/Agency-Appellees-Appellees.

------------------------

(CASE NO. CE-10-726)

UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO,
Petitioner/Complainant-Appellant-Appellant,

vs.

NEIL DIETZ, Chief Negotiator, Office of
Collective Bargaining, State of Hawaiʻi (2009-043),
Respondent/Respondent-Appellee-Appellee,

and

HAWAII LABOR RELATIONS BOARD; JAMES B. NICHOLSON; SESNITA A.D. MOEPONO; and ROCK B. LEY, Respondent/Agency-Appellees-Appellees.

------------------------------------------------------------------

SCWC-30568
(ICA NO. 30568; S.P. NO. 09-1-0305)

UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO,
Petitioner/Union-Appellee, Cross-Appellant,

vs.

STATE OF HAWAIʻI; THE JUDICIARY; HAWAIʻI HEALTH SYSTEMS
CORPORATION, Respondents/Employers-Appellants, Cross-Appellees,

and

CITY AND COUNTY OF HONOLULU (2009-044),
Respondent/Employer-Appellee.
------------------------------------------------------------------

SCWC-10-0000166
(CAAP-10-0000166; CIVIL NO. 10-1-0323)

(CASE NO. CU-10-278)

STATE OF HAWAIʻI, CITY AND COUNTY OF HONOLULU;
COUNTY OF HAWAIʻI; COUNTY OF MAUI; COUNTY OF KAUAI;
HAWAIʻI HEALTH SYSTEMS CORPORATION; AND THE JUDICIARY,
Respondents/Complainants-Appellees-Appellees,

vs.

DAYTON NAKANELUA, State Director, UNITED PUBLIC WORKERS,
AFSCME, LOCAL 646, AFL-CIO, AND UNITED PUBLIC WORKERS,
AFSCME, LOCAL 646, AFL-CIO (2009-042),
Petitioners/Respondents-Appellants-Appellants,

and

HAWAIʻI LABOR RELATIONS BOARD; JAMES B. NICHOLSON; SISNITA A.D. MOEPONO; and ROCK B. LEY, Respondents/Agency-Appellees-Appellees.

----------------------

-2-

(CASE NO. CE-10-726)

UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO,
Petitioner/Complainant-Appellant-Appellant,

vs.

NIEL DIETZ, Chief Negotiator, Office of
Collective Bargaining, State of Hawai'i (2009-043),
Respondent/Respondent-Appellee-Appellee,

and

HAWAI'I LABOR RELATIONS BOARD; JAMES B. NICHOLSON; SISNITA A.D.
MOEPONO; and ROCK B. LEY, Respondents/Agency-Appellees-Appellees.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Pollack, and Wilson, JJ., and
Circuit Judge Trader, in place of McKenna, J., recused)

Petitioners/Respondents-Appellants-Appellants'

application for writ of certiorari filed on June 3, 2014, is

hereby accepted and will be scheduled for oral argument. The

parties will be notified by the appellate clerk regarding

scheduling.

DATED: Honolulu, Hawai'i, July 15, 2014.

Herbert R. Takahashi,
Rebecca L. Covert,
and Davina W. Lam
for petitioners

Nelson Y. Nabeta
for respondents
State of Hawai'i,
The Judiciary, and
Hawai'i Health Systems
Corporation

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ Rom A. Trader



-3-